**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

May 23, 2019

Case #: 19-10767
Re: Kristina Pierce

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/19/2019 | TAG | Initial meeting with client re: lawsuit by old landlord, possible garnishment, vehicle and divorce; discussed options for filing. | 420.00 | 0.50 | 210.00 |
| 02/25/2019 | CB | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 185.00 | 1.10 | 203.50 |
| | CB | Begin preparation of petition, plan and schedules. | 185.00 | 0.50 | 92.50 |
| | CB | Prepared list for clients of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 185.00 | 0.10 | 18.50 |
| | TAG | Review of intake materials, instructions to paras re: getting rest of docs so we can stop lawsuit, update filing. | 420.00 | 0.30 | 126.00 |
| 02/27/2019 | TAG | Work on plan, schedules and draft of plan/pmts for review w/ client. Due to lawsuit, pw issues, we will file the case on emergency basis. | 420.00 | 0.30 | 126.00 |
| 03/04/2019 | CB | Continued work on intake and paperwork with client per atty, updating filings. | 185.00 | 0.50 | 92.50 |
| 03/05/2019 | SH | Review Schedule F to ensure all creditors provided are listed including any collection agencies. Added additional creditors and noticing creditors to ensure proper notice is given. | 135.00 | 0.60 | 81.00 |
| 03/06/2019 | TAG | Review of e-petition w/ client prior to filing, went over plan and questions. Notes to para re: e-filing stopping garnishment, lawsuit. | 420.00 | 0.40 | 168.00 |
| 03/07/2019 | JR | Finalized emergency case filing to stop lawsuit, reviewed Schedule F to ensure all creditors clients provided are listed per TAG Instructions. Review of disclosure statements in order to file case and obtain a case number. File case with court. | 185.00 | 0.60 | 111.00 |
| | JR | Researched pending lawsuit. Notified ProSe filer, Christopher Helmer of filed bankruptcy. | 185.00 | 0.75 | 138.75 |
| | HM | Prepared letter to client re: filing case and approximate plan payment amount. | 135.00 | 0.20 | 27.00 |
| 03/08/2019 | HM | Prepared letter to client re: 341 meeting with map and other instructions. | 135.00 | | 0.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: WSECU- 3 claims | 420.00 | 0.20 | 84.00 |
| | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 185.00 | 0.40 | 74.00 |

|            |     |                                                                                                                                                  | Rate   | Hours |        |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
|            | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stopping lawsuits/garnishments.        | 420.00 | 0.25  | 105.00 |
| 03/11/2019 | JR  | Returned clients call, left message                                                                                                              | 185.00 |       | 0.00   |
|            | JR  | Telephone call with client re: plan payments and her vehicle.                                                                                    | 185.00 | 0.10  | 18.50  |
| 03/13/2019 | JR  | Email with client re: DOF statements                                                                                                             | 185.00 | 0.10  | 18.50  |
| 03/14/2019 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: LVNV    | 420.00 | 0.10  | 42.00  |
|            | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: T Mobile | 420.00 | 0.10  | 42.00  |
|            | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One Auto- secured | 420.00 | 0.10  | 42.00  |
| 03/17/2019 | TAG | Work on completion case, notes to para re: drafts for reviews.                                                                                   | 420.00 | 0.25  | 105.00 |
| 03/18/2019 | JR  | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline.                                   | 185.00 | 1.40  | 259.00 |
|            | TAG | Work on plan, budget and schedules for review meeting w/ client later this week.                                                                 | 420.00 | 0.30  | 126.00 |
| 03/20/2019 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Speedy Cash | 420.00 | 0.10  | 42.00  |
| 03/22/2019 | TAG | Review meeting w/ client re: vehicles, plan, schedules and completions. We cannot cram car, discussed cosigner, etc.                             | 420.00 | 0.50  | 210.00 |
|            | TAG | Revised plan re: consigner/title language in X. Notes to para re: same, finalizing and filing completion.                                        | 420.00 | 0.40  | 168.00 |
|            | CB  | Finalized plan, schedules per TAG instructions. Filed completion documents with court. Instructions to HM re: letters to clients.                | 185.00 | 0.40  | 74.00  |
| 03/23/2019 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: TD Bank | 420.00 | 0.10  | 42.00  |
| 03/24/2019 | TAG | Review and approve TIS                                                                                                                           | 420.00 | 0.20  | 84.00  |
| 03/25/2019 | JR  | Telephone call with client re: vehicles in her plan.                                                                                             | 185.00 | 0.10  | 18.50  |
|            | HM  | Prepare completion letter and send to client with final plan payment amount, and terms of plan.                                                  | 135.00 | 0.30  | 40.50  |
|            | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items.                   | 420.00 |       | 0.00   |
| 03/26/2019 | HM  | Prepare and file declaration of mailing. Mail notice to all creditors on the mailing matrix.                                                     | 135.00 |       | 0.00   |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | GJ | Draft Notice of Hearing, Objection to Claim; Proof of Service and Proposed Order re Jefferson Capital | 420.00 | 0.30 | 126.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Jefferson Capital | 420.00 | 0.10 | 42.00 |
| 04/02/2019 | JR | Email with client re: WSECU and the van. | 185.00 | 0.10 | 18.50 |
| 04/04/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: United Consumer-secured | 420.00 | 0.10 | 42.00 |
| 04/07/2019 | TAG | Work on confimation, adding vacuum to plan. JR to contact client re: same, status and signing amended plan. | 420.00 | 0.20 | 84.00 |
| 04/08/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: NW Emerg Phys | 420.00 | 0.10 | 42.00 |
| 04/12/2019 | GJ | Review files; review trustee website; review filed claims; prepare 341 Report | 420.00 | 0.50 | 210.00 |
| | SH | Call client to remind them of the upcoming 341 meeting. | 135.00 | | 0.00 |
| | TAG | Review of case for upcoming 341 meeting. Review 341 report; notes for meeting/discussion with client. Instructions to staff re: file prep. | 420.00 | 0.20 | 84.00 |
| | CB | Work on file prep for hearing. Gathered documents needed for 341 meeting. Check on TIS documents. | 185.00 | 0.15 | 27.75 |
| 04/15/2019 | TAG | Met with client re: 341 meeting questions and concerns. Represented at meeting of creditors. 7am - 12:30pm, 5 on, (called 11:13am for 9:45am calendar). | 420.00 | 1.10 | 462.00 |
| 04/17/2019 | TAG | Notes to file re: 341 meeting, next steps for confirmation. Work on plan re: ex-husband (soon to be annulment) and vehicle, getting title. We'll attend objection hearing for court instruction re: same; wage order started 4/15/19; details on soon-to-be-ex husband (or annuled); taxes signed by client at court for 2018 to resolve part of IRS claim issues. | 420.00 | 0.60 | 252.00 |
| 04/22/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Bank of America | 420.00 | 0.10 | 42.00 |
| 04/29/2019 | JR | Emails with client, she lost her job today. Advised client to let me know if she will get unemployment | 185.00 | 0.10 | 18.50 |
| 05/02/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: AT&T | 420.00 | 0.10 | 42.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Qwest | 420.00 | 0.10 | 42.00 |

|            |     |                                                                                                                                                                                          | Rate   | Hours |        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 05/03/2019 | SH  | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Obj. #10 - Jefferson.                            | 135.00 | 0.10  | 13.50  |
|            | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Verizon                                          | 420.00 | 0.10  | 42.00  |
| 05/07/2019 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One                                      | 420.00 | 0.10  | 42.00  |
|            | HM  | Prepared letter to client for atty signature re: providing copy of 2018 tax return to us along with updated contact information.                                                          | 135.00 | 0.10  | 13.50  |
| 05/08/2019 | GJ  | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Quantum 3- 2 claims                              | 420.00 | 0.10  | 42.00  |
| 05/10/2019 | GJ  | Draft Notice of Hearing, Objection to Claim; Proof of Service and Proposed Order re United Consumer Financial Services                                                                    | 420.00 | 0.40  | 168.00 |
| 05/13/2019 | HM  | Prepared letter to client re: case being confirmed, next steps and advised client to get financial management course completed.                                                           | 135.00 |       | 0.00   |
| 05/17/2019 | GJ  | Time period for unsecured creditors to have filed proof of claims has passed; review file; review trustee website; prepare feasibility report.                                            | 420.00 | 0.20  | 84.00  |
| 05/18/2019 | GJ  | Time period for unsecured creditors to have filed proof of claims has passed; review file; review trustee website; prepare feasibility report                                             | 420.00 | 0.30  | 126.00 |
| 05/20/2019 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items.                                                                                                          | 420.00 | 0.10  | 42.00  |
| 05/21/2019 | CB  | Prepare fee itemization from beginning of case to date. Forward Motion to TAG for review.                                                                                                 | 185.00 | 0.90  | 166.50 |
|            | TAG | Review Motion for Original Approval of Professional Fees. Finalize and return to CB for filing w/ the court.                                                                              | 420.00 | 0.40  | 168.00 |
|            |     | For Current Services Rendered                                                                                                                                                            |        | 17.90 | 5,432.00 |

Recapitulation

| Title              | Hours | Rate     | Total      |
|--------------------|-------|----------|------------|
| Senior Attorney -TAG | 6.00  | $420.00  | $2,520.00  |
| Of Counsel - GJ    | 3.30  | 420.00   | 1,386.00   |
| Sr. Paralegal      | 7.30  | 185.00   | 1,350.50   |
| Jr. Paralegal      | 1.30  | 135.00   | 175.50     |

Expenses

| 03/26/2019 | Postage re: POC Obj | 1.10 |
|------------|---------------------|------|

| Date | Description | Amount |
|---|---|---|
| 03/26/2019 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 49 units. | 26.95 |
| 03/26/2019 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 49 units. | 24.50 |
| 05/23/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 64 units. | 35.20 |
| 05/23/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 64 units. | 19.20 |
| | Total Expenses | 106.95 |
| | Total Current Work | 5,538.95 |
| | Balance Due | $5,538.95 |
| | Please Remit | $5,538.95 |